BURRELL v. LINDSEY.

FISH, C. J.   There being no complaint that any error of law was committed by the court upon the trial, and the evidence being sufficient to authorize the verdict, the court did not err in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concur.*

FEBRUARY 18, 1910.

Appeal.   Before Judge Kimsey.   Rabun superior court.   November 24, 1908.

*H. H. Dean* and *W. S. Paris,* for plaintiff in error.

*W. A. Charters, R. E. A. Hamby, Robert McMillan,* and *J. T. Davis,* contra.